**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:18-CR-00297-LJO-SKO** |
| **Plaintiff,** | |
| v. | |
| **DENIS BARRERA-PALMA, et al.,** | |
| **Defendants.** | |
| **UNITED STATES OF AMERICA,** | **1:18-CR-00002-LJO-SKO** |
| **Plaintiff,** | |
| v. | |
| **ISRAEL ALBERTO RIVAS GOMEZ and MARCUS CASTRO,** | |
| **Defendants.** | |
| **UNITED STATES OF AMERICA,** | **1:18-CR-00092-LJO-SKO** |
| **Plaintiff,** | |
| v. | |
| **LUIS REYNALDO REYES CASTILLO, et al.,** | |
| **Defendants.** | |

1

## **ORDER FOLLOWING STATUS CONFERENCE**

On September 25, 2018, the Court conducted a Status Conference in *United States v. Barrera-Palma*, Case No. 18-CR-00207-LJO-SKO. Defendant Jefferson Guevara did not appear because he is in the custody of the Los Angeles County Jail. Defendant Lorenzo Amador did not appear as he is a fugitive. All other named Defendants appeared with counsel. There were no appearances, due to an absence of notice, in the related cases *United States v. Gomez*, Case No. 18-CR-00002-LJO-SKO, and *United States v. Castillo*, Case No. 18-CR-00092-LJO-SKO. As a result of the hearing, IT IS HEREBY ORDERED:

1. The status hearings set before Magistrate Judge Oberto for October 1, 2018, in Case No. 18-CR-00002 and for October 15, 2018, in Case No. 18-CR-00092 are hereby VACATED;
2. The Court declares this case to be complex in its related form;
3. A new Status Conference is set for all Defendants in all three above-captioned cases for **Monday, December 3, 2018**, at **4:00 p.m.** before the undersigned in Courtroom 4 on the 7th floor of the Coyle Federal Courthouse in Fresno, California, at which time a Scheduling Conference will be set; and
4. Time is excluded in that this case is complex.

IT IS SO ORDERED.

Dated:   **September 25, 2018**         /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE