McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>ISRAEL RIVAS-GOMEZ, ET AL.,<br><br>DEFENDANTS. | CASE NO. 1:18-CR-00002-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER (NOTE DATE CHANGE)<br><br>DATE: January 14, 2019<br>TIME: 3:00 p.m.<br>COURT: Hon. Lawrence J. O'Neill |
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>LUIS REYES CASTILLO, ET AL.<br><br>DEFENDANTS. | CASE NO. 1:18-CR-00092-LJO-SKO |
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>DENIS BARRERA-PALMA, ET AL.<br><br>DEFENDANTS. | CASE NO. 1:18-CR-00207-LJO-SKO |

**STIPULATION**

1.  By previous order, this matter was set for status on January 14, 2019.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

2. The parties stipulate to continue the status conference until February 25, 2019, at 3:00 p.m., and to exclude time between January 14, 2019, and February 25, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that to date, it has produced voluminous discovery in these cases, including: over 2,500 pages of wiretap applications and orders; 75 reports from the Fresno Sheriff's Office and the California Department of Justice; wiretap data, pen register data, and precise location data totaling 186,000 files or 45 gigabytes of data; search warrant photos for multiple locations, totaling over 8 gigabytes of data; surveillance footage; criminal histories; and interview reports and audio.

b) The government further represents that it will produce additional discovery, consisting of: almost 900 reports from FBI, HSI, and California Department of Justice; search warrants; forensic reports (as the forensic reports are completed); approximately 75 cell phone reports, consisting of half a terabyte of data; returns from Facebook search warrants; and additional surveillance footage. Some of these items will be made available to defense (via Maximus) and made available for inspection and copying by the end of the month of January.

c) Counsel for defendants desire additional time to review this voluminous discovery, discuss the charges with their clients, conduct research related to the charges, discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

d) Counsel for defendants believe that a continuance will provide them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government is in agreement with and shares in the request for the continuance for the reasons noted herein.

f) As to the status of the case, the government represents that *Rivas-Gomez, et al*, is under review at the Capital Crimes Unit. The government is aware that the review process is moving forward, but does not know when it will receive final word as to whether the government will seek or not seek the death penalty.

g) For several reasons, including to improve efficiency of the overall case

proceeding forward, the government does not intent to include *Rivas-Gomez, et al* in a proposed RICO indictment.

      h)      The government has not completed preparation of a draft RICO indictment, but anticipates doing so within the next week.

      i)      At the last status conference, the Court directed that the government know whether any proposed RICO indictment is approved and that the Capital Crimes Unit provide an indication as to whether it would move forward with a seek or no-seek recommendation prior to the next status/scheduling conference set for January 14, 2019. However, several unanticipated factors arose since the December 3, 2018 status conference that affect the progress of these events. First, there has been a shift in personnel that affected staffing – several attorneys have been on extended leave due to family/medical issues, including one assigned to work on this case. Additionally, several attorneys have left/will shortly be leaving the office such that workloads had to be shifted to other attorneys. The government shutdown, which began on or about December 21, 2018, has impacted progress in the case as well. The government has been mindful of and diligent in its efforts to meet the Court's deadlines – over the holidays, undersigned counsel took leave only as follows: a half day on 12/24, 12/25 and 1/1. Otherwise, she worked evenings and weekends. However, the above-matters in various ways impacted the overall capacity of the team to meet the Court's deadlines.

      j)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      k)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2019 to February 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii), and (B)(iv) because it is complex due to the number of defendants and nature of the prosecution, and results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 10, 2019      McGREGOR W. SCOTT
                              United States Attorney

                              /s/ KIMBERLY A. SANCHEZ
                              KIMBERLY A. SANCHEZ
                              Assistant United States Attorney

Dated:  January 10, 2019      /s/ DON KNIGHT
                              DON KNIGHT
                              Counsel for Defendant
                              ISRAEL ALBERTO RIVAS GOMEZ
                              (authorized by email on January 10, 2019)

Dated:  January 10, 2019      /s/ Marcia Morrissey
                              MARCIA MORRISSEY
                              Counsel for Defendant
                              MARCOS CASTRO
                              (authorized by email on 1/10/19)

Dated:  January 10, 2019      /s/ Marc Days
                              MARC DAYS
                              Counsel for Defendant
                              LUIS REYNALDO REYES CASTILLO
                              (authorized by email on 1/10/19)

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

4

| | | |
|---|---|---|
| 1 | Dated:  January 10, 2019 | /s/ MARC KAPETAN |
| 2 | | MARC KAPETAN |
| | | Counsel for Defendant |
| 3 | | JOSE AUDON REYES |
| 4 | | BARRERA |
| | | (authorized by email on January |
| 5 | | 10, 2019) |

Dated:  January 10, 2019                    /s/ MARC KAPETAN
                                            MARC KAPETAN
                                            Counsel for Defendant
                                            JOSE AUDON REYES
                                            BARRERA
                                            (authorized by email on January 10, 2019)

Dated:  January 10, 2019                    /s/ Mark Broughton
                                            MARK A. BROUGHTON
                                            Counsel for Defendant
                                            DENIS BARRERA-PALMA
                                            (authorized by phone on 1/10/19)

Dated:  January 10, 2019                    /s/ Peter Jones
                                            PETER M. JONES
                                            Counsel for Defendant
                                            MARIO ALEXANDER GARCIA
                                            (authorized by email on 1/10/19)

Dated:  January 10, 2019                    /s/ E. MARSHALL HODGKINS
                                            E. MARSHALL HODGKINS, III
                                            Counsel for Defendant
                                            FRANCISCO LIZANO
                                            (authorized by email on January 10, 2019)

Dated:  January 10, 2019                    /s/ MICHAEL J. AED
                                            MICHAEL J. AED
                                            Counsel for Defendant
                                            EVER MEMBRENO
                                            (authorized by email on January 10, 2019)

Dated:  January 10, 2019                    /s/ Dale Blickenstaff
                                            DALE A. BLICKENSTAFF
                                            Counsel for Defendant
                                            EDGAR TORRES-AMADOR
                                            (authorized by email on 1/10/19)

Dated:  January 10, 2019 /s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant
LORENZO AMADOR
(authorized by email on January 10, 2019)

Dated:  January 10, 2019 /s/ Roger Wilson
ROGER D. WILSON
Counsel for Defendant
JOSE WILSON NAVARETTE-MENDEZ
(authorized by email on 1/10/19)

Dated:  January 10, 2019 /s/ John Garland
JOHN F. GARLAND
Counsel for Defendant
DENIS RODOLFO ALFARO-TORRES
(authorized by email on 1/10/19)

Dated:  January 10, 2019 /s/ NICHOLAS CAPOZZI
NICHOLAS CAPOZZI
Counsel for Defendant
SANTOS BONILLA
(authorized by email on January 10, 2019)

Dated:  January 10, 2019 /s/ Roger Bonakdar
ROGER S. BONAKDAR
Counsel for Defendant
HENRY BONILLA
(authorized by email on 1/10/19)

Dated:  January 10, 2019 /s/ Daniel Harralson
DANIEL L. HARRALSON
Counsel for Defendant
CHRISTIAN HIDALGO
(authorized by email on 1/10/19)

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

6

Dated: January 10, 2019                    /s/ Richard Beshwate
                                           RICHARD A. BESHWATE
                                           Counsel for Defendant
                                           MARVIN VILLEGAS-
                                           SEGOVIA
                                           (authorized by email on 1/10/19)

Dated: January 10, 2019                    /s/ JOHN A. MEYER
                                           JOHN A. MEYER
                                           Counsel for Defendant
                                           BRENDA YAJAIRA
                                           MORALES-RUIZ
                                           (authorized by email on January
                                           10, 2019)

Dated: January 10, 2019                    /s/ Carrie McCreary
                                           CARRIE C. MCCREARY
                                           Counsel for Defendant
                                           CLAUDIA ELIZABETH
                                           LIZAOLA
                                           (authorized by email on 1/10/19)

Dated: January 10, 2019                    /s/ GARY L. HUSS
                                           GARY L. HUSS
                                           Counsel for Defendant
                                           OSCAR ANTONIO REYES
                                           (authorized by email on January
                                           10, 2019)

# FINDINGS AND ORDER

IT IS SO FOUND.  THAT SAID, THE COURT IS UNAVAILABLE ON THE DATE OF FEBRUARY 25TH AT THAT TIME.  THE MATTER, THEREFORE IS CONTINUED TO MARCH 4, 2019 AT 3:00 P.M.

IT IS SO ORDERED.

Dated:  **January 11, 2019**              /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

7