McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
STEPHANIE STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>       v.<br><br>JOSE AUDON REYES-BARRERA,<br><br>                         Defendant. | No. 1:18-CR-00092-NONE-SKO<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE AND ORDER |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Stephen Crawford, counsel for Jose Audon Reyes-Barrera, that the government's opposition to defendant's motion for bail review be due on May 11, 2020 and any reply be due on May 14, 2020. By previous order, the government's opposition is due on May 7, 2020 and defendant's reply is due on May 10, 2020 with a hearing set for May 18, 2020. The parties are not asking to move the hearing date. Due to the number of cases in which issues regarding release have been raised, as well as cases in which

///

///

///

///

stipulations must be filed and the ordinary course of business, the government needs additional time to file its opposition.

Dated: May 7, 2020                    Respectfully submitted,

                                                     McGREGOR W. SCOTT
                                                     United States Attorney

                                       By     /s/ Kimberly A. Sanchez
                                                       KIMBERLY A. SANCHEZ
                                                       Assistant U.S. Attorney

Dated: May 7, 2020                    /s/ Stephen Crawford
                                                     STEPHEN CRAWFORD
                                                     Attorney for Defendant

                                               **ORDER**

IT IS SO ORDERED.

   Dated:   **May 8, 2020**                    /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE