IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AUDON REYES-BARRERA,<br><br>Defendant. | Case No.: 1:18-CR-00092-002 NONE SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on January 22, 2021, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. This Order in no way addresses any potential or existing Immigration or Deportation issues.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **January 22, 2021**      _/s/ Dale A. Drozd_
                                                          UNITED STATES DISTRICT JUDGE